■ SLAVENBURG-SOELLING CORPORATION, Respondent-Appellant, v. MAX JAKOB, Appellant-Respondent.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.